with lights, and was not guilty of negligence as to the plaintiff if it failed to do so. Plaintiff was guilty of contributory negligence as matter of law. All concurred, except Kruse, P. J., who dissented upon the ground that the defendant's negligence, as well as the plaintiff's contributory negligence, were questions of fact under the evidence.

Carl Lubnau, Respondent, v. Julius Laebovetz and Another, Appellants.— Judgment and order affirmed, with costs. All concurred.

Charles G. Baker and Others, as Administrators, etc., Appellants, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment and order affirmed, with costs. All concurred.

The People of the State of New York ex rel. City of Olean, Respondent, v. Western New York and Pennsylvania Traction Company, Appellant.— Order affirmed, with costs. All concurred.

Simon B. Hershey, Appellant, v. Edward A. Steiner, Respondent.— Judgment affirmed, with costs. All concurred.

In the Matter of the Application of Frances H. Perrin, Respondent, for the Appointment of Commissioners to Determine and Assess Damages against the City of Rochester, Appellant, Resulting to Her Property from a Change of Grade upon East Avenue, etc.— Award of commissioners confirmed, with costs. All concurred.

Matilda Sherwood, Respondent, v. Mabel Sherwood, Appellant.— Judgment affirmed, with costs. All concurred.

A. C. Leslie & Company, Limited, Respondent, v. The Western Transit Company, Appellant.— Judgment affirmed, with costs. All concurred.

George Brewster, Respondent, v. Bastian Brothers Company, Appellant.— Judgment and order affirmed, with costs. Held, assuming error to have been committed in receiving in evidence the opinion of plaintiff's expert witnesses, to the effect that the machine was not properly guarded, still we think the error was not so prejudicial to the defendant as to require a reversal of the judgment. All concurred.

Agnes Henderson, Appellant, Respondent, v. John C. Frey and Another, Respondents, Impleaded with Frank Thomas, Appellant, and Others.— Judgment affirmed, with costs. All concurred.

Robert A. Uihlein, Respondent, v. James Daul and Others, Appellants. — Judgment affirmed, with costs. All concurred.

Willis J. Findlay and Another, Appellants, v. John Goetz and Another, Respondents.— Judgment affirmed, with costs. All concurred.

George H. Perry, Respondent, v. Peter Keeler Building Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Samuel D. McNeilly, Respondent, v. Lackawanna Bridge Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Lambert, J., who dissented upon the ground that the plaintiff failed to establish actionable negligence against the defendant, that the plaintiff assumed the risk and was guilty of contributory negligence as matter of law.

Phillip Bergman, an Infant, by Grace Bergman, His Guardian ad Litem, Respondent, v. International Ferry Company, Appellant.— Judgment and order affirmed, with costs. All concurred.